## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:22-CR-011-LY |
| | § | |
| (6) PAULINO MARTINEZ | § | |

### ORDER

Before the Court is Defendant Paulino Martinez's Motion for Substitution of Counsel, Dkt. 113. Martinez requests that his current counsel, Roberto Balli, be allowed to withdraw and that his newly retained counsel, David Almaraz, should be substituted in his place. The Court finds the substitution should be permitted.

IT IS THEREFORE ORDERED that the Motion, Dkt. 113, is GRANTED. Mr. Balli is permitted to WITHDRAW as counsel for Defendant, and Mr. Almaraz, 201 W. Hillside Rd., Ste. 17, PO Box 2487, Laredo, TX 78041, 956-727-3828, is substituted to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Balli meet with Mr. Almaraz at the earliest opportunity to give Mr. Almaraz a copy of the file and bring him up-to-date with regard to the representation of Defendant. Thereafter, Mr. Balli has no further responsibilities in this case.

SIGNED this 8th day of March, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE